UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VAN CLEEF & ARPELS, S.A. and : **ORDER OF**
VAN CLEEF & ARPELS, INC., : **DISCONTINUANCE**
:
               Plaintiffs, : 07 Civ. 5167 (SAS)
:
  - against - :
:
QVC, INC., :
:
              Defendant. :
------------------------------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.:

      Plaintiff having notified the Court that the parties have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty days of the date of this Order, counsel for plaintiffs may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                          SO ORDERED:

                                          Shira A. Scheindlin
                                          U.S.D.J.

Dated:     August 28, 2008
            New York, New York

## - Appearances -

**For Plaintiffs**:

David A. Kalow, Esq.
Milton Springut, Esq.
Tal S. Benschar, Esq.
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

**For Defendant:**

Frank Joseph Colucci, Esq.
COLUCCI & UMANS
218 East 50th Street
New York, New York 10022
(212) 935-5700